UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
CARL S. LILLY,                            )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      Civil Action No. 09-2153 (PLF)
                                          )
MAJOR GENERAL ERROL R. SCHWARTZ,          )
   *Commander, District of Columbia*      )
   *National Guard*,                      )
                                          )
            Defendant.                    )
_____ )


                              ORDER

            For the reasons stated in an Opinion filed under seal, with a redacted version filed

on the public docket, and issued this same day, it is hereby

            ORDERED that defendant's motion for summary judgment [8] is GRANTED and

judgment is entered for the defendant on all claims; it is

            FURTHER ORDERED that plaintiff's motion for a declaratory judgment [16] is

DENIED and defendant's motion to stay discovery [17] is DENIED as moot; and it is

            FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

            SO ORDERED.


                                    _/s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE: May 21, 2010